*Fahy, Assistant Attorney General Berge,* and *Mr. Charles H. Weston* for the United States.

No. 399. TRIANGLE CONDUIT & CABLE CO., INC. *v.* NATIONAL ELECTRIC PRODUCTS CORP. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Samuel E. Darby, Jr.* and *Floyd H. Crews* for petitioner. *Mr. William H. Davis* for respondent.

No. 407. LASH *v.* ALABAMA. November 8, 1943. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Messrs. Joseph A. Padway* and *Herbert S. Thatcher* for petitioner. *Messrs. William N. McQueen,* Attorney General of Alabama, and *John O. Harris,* Assistant Attorney General, for respondent.

No. 413. JERGENS *v.* COMMISSIONER OF INTERNAL REVENUE. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Carl M. Jacobs, Jr.* and *Murray Marion Flack* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 416. ALWORTH ET AL., TRUSTEES, *v.* COMMISSIONER OF INTERNAL REVENUE. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. E. W. MacPherran* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Warren*